UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT I. GOODSTEIN,

                    Plaintiff,

v.

INDUSTRIAL INDEMNITY COMPANY
OF THE NORTHWEST, et al.,

                    Defendants.

No. C02-1669 MJP

ORDER OF DISMISSAL

Counsel having notified the Court of settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that settlement is not perfected, any party may move to reopen the case within 30 days of the date of this order.  Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this 23rd day of June, 2008.

_Marsha J. Pechman_

Marsha J. Pechman

U.S. District Judge

ORDER OF DISMISSAL - 1